THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL H. KAUFFMAN, Appellant.*

PER CURIAM. Although the court should have received proof of the circumstances under which the defendant's testimony before the grand jury was given, including the so-called agreement with the district attorney (*People* v. *Kurtz*, 42 Hun, 335, 344; *State* v. *Berberick*, 38 Mont. 423; *Kirk* v. *Territory*, 10 Okla. 46; *Young* v. *State*, 68 Ala. 569; *State* v. *Barker*, 56 Wash. 510; *People* v. *Joyce*, 233 N. Y. 61), we think the error in view of the entire record could not have affected the result and may, therefore, be disregarded. All concur. Judgment of conviction affirmed.

DOMENICO A. PORFIRIO, Respondent, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

PER CURIAM. This policy insures against permanent disability only. The record shows beyond question that plaintiff was disabled for but ninety-one days. There is nothing in the policy or the rider which by any reasonable construction can be held to define plaintiff's disability as permanent. All concur. Judgment and order reversed on the law, with costs, and complaint dismissed, with costs.

In the Matter of the Estate of JESSE HOMAN PARDEE, Deceased.

PER CURIAM. In a proceeding brought under section 231-a of the Surrogate's Court Act to fix the amount of the compensation of an attorney for services rendered to an estate or to its executor or administrator, there is no absolute right to a jury trial under sections 67 and 68 of the Surrogate's Act because the attorney has no constitutional right to the trial of the issue by a jury, as no right of action for such compensation existed in favor of the attorney against the executor or administrator as such. The present proceeding is not akin to an action to recover the value of petitioner's services against the executors personally; it is equitable in its nature, and the right to a trial by jury prior to 1846 did not exist in equitable actions. All concur. Order affirmed, with ten dollars costs and disbursements. [145 Misc. 634.]